SC Judicial Department




















 




 


 South Carolina


 JUDICIAL DEPARTMENT
 

 Text Only Page


 Site Map | Feedback



 
 Search:  
 
 
 
 







 
 
 

 Home
 
 Supreme Court
 
 Overview
 Justices
 
 
 Jean Hoefer Toal
Chief Justice
 
 Costa M. Pleicones
 
 Donald W. Beatty
 
 John W. Kittredge
 
 Kaye G. Hearn
 
 
 
 Roster of Cases
 Video Portal
 Clerk's Office
 Disciplinary Counsel
 
 Overview
 Commission on Judicial Conduct
 Commission on Lawyer Conduct
 How to File a Complaint
 Frequently Asked Questions
 ABA Reports on the Lawyer and Judicial Disciplinary Systems
 
 
 Bar Admissions
 Library
 Court Administration
 History
 Map & Location
 Strategic Plan
 
 
 
 Court of Appeals
 
 Overview
 Judges
 
 
 John C. Few
Chief Judge
 
 Thomas E. Huff
 
 Paul E. Short, Jr.
 
 H. Bruce Williams
 
 Paula H. Thomas
 
 Aphrodite K. Konduros
 
 John D. Geathers
 
 James E. Lockemy
 
 Stephanie P. McDonald
 
 
 
 Roster of Cases
 Clerk's Office
 Library
 History
 FAQs
 Map & Location
 
 
 Trial Courts
 
 Circuit Court
 
 Overview
 Chief Admin Judges
 Alphabetical List
 Circuit Map
 Judge Roster
 
 
 Family Court
 
 Overview
 Chief Admin Judges
 Alphabetical List
 Circuit Map
 Judge Roster
 
 
 Masters-In-Equity
 
 Overview
 Alphabetical List
 County Map
 Judge Roster
 
 
 Probate Court
 
 Overview
 Alphabetical List
 County Map
 Judge Roster (Alpha)
 Judge Roster (County)
 
 
 Magistrates Court
 
 Overview
 Chief Admin Judges
 Alphabetical List
 County Map
 Judge Roster
 Judge Roster by County
 Summary Court Judges Benchbook
 
 
 Municipal Court
 
 Overview
 Alphabetical List
 County Map
 Judge Roster
 Judge Roster by County
 Summary Court Judges Benchbook
 
 
 Court Reporters
 
 Circuit Court
 Family Court
 Court Reporter Manual
 
 
 Court Rosters
 Case Records Search
 
 
 
 Court Officials
 
 Clerks of Court
 
 Overview
 Alphabetical List
 County Map
 Clerk Roster
 Family Court Contacts
 State Grand Jury
 Circuit Court Fees
 Family Court Fees
 Clerk of Court Manual
 
 
 Registers of Deeds
 
 Overview
 Alphabetical List
 County Map
 ROD Roster
 
 
 Solicitors
 Public Defenders
 
 
 Opinions/Orders
 
 Published Opinions
 
 Supreme Court
 Court of Appeals
 
 
 Opinion Search
 Advance Sheets
 Unpublished Opinions
 
 Supreme Court
 Court of Appeals
 
 
 Unpublished Opinion Search
 Judicial Advisory Opinions
 Judicial Advisory Opinion Search
 Court Orders
 
 All Court Orders
 Administrative
 Judicial/Legal Conduct
 Court Rule Maintenance
 
 
 Order Search
 
 
 
 Calendar
 
 Monthly View
 Terms of Court
 Circuit Judge Assignments
 Family Judge Assignments
 Calendar Search
 
 


 
 




 


 
 2014-09-25-01 
 


 







The Supreme Court of South Carolina

 
 
 
 In the Matter of Justin John Trapp, Respondent.
 Appellate Case No. 2014-001892
 
 
 


ORDER

The Office of Disciplinary Counsel asks this Court to place respondent on interim suspension pursuant to Rule 17(c) of the Rules for Lawyer Disciplinary Enforcement (RLDE) contained in Rule 413 of the South Carolina Appellate Court Rules (SCACR).  
IT IS ORDERED that respondent's license to practice law in this state is suspended until further order of this Court.
IT IS FURTHER ORDERED that respondent is hereby enjoined from taking any action regarding any trust, escrow, operating, and any other law office account(s) respondent may maintain at any bank or other financial institution, including, but not limited to, making any withdrawal or transfer, or writing any check or other instrument on the account(s).
 

 
  
 s/Jean H. Toal                C.J.
 

Columbia, South Carolina
 September 25, 2014